UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAZLEY,<br><br>   Petitioner,<br><br>  v.<br><br>JEROME PRICE, Warden,<br><br>   Respondent. | No.  2:15-cv-02673 AC P<br><br><br>ORDER |

  Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed January 4, 2016, respondent was directed to file a response to the petition.  See ECF No. 4.  Petitioner now requests appointment of counsel on the grounds that he is indigent and the assistance of counsel would protect his interests.  See ECF No. 8.

  Although there is no absolute right to appointed counsel in habeas proceedings, see Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996), counsel may be appointed at any stage of a habeas proceeding "if the interests of justice so require," see 18 U.S.C. § 3006A; Rule 8(c), Fed.

////

////

////

////

1  R. Governing § 2254.  At this early stage of the instant proceeding, the court finds that
2  appointment of counsel is not required to ensure that the interests of justice are met.
3     Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of
4  counsel, ECF No. 8, is denied without prejudice.
5  DATED: February 18, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE