UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAZLEY,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondent. | No. 2:15-cv-02673 GEB AC P<br><br><br><br>ORDER |

Petitioner, a former state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 22. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2017, are adopted in full;

1

2. Respondent's motion to dismiss petitioner's Claim One, ECF No. 11, is granted;

3. This action shall proceed on petitioner's Claim Two and Three;

4. Respondent is directed to file and serve an answer within sixty days after the filing date of this order, accompanied by all transcripts and other documents relevant to the remaining issues presented in the petition, see Rule 4 and 5, 28 U.S.C. foll. §2254; and

5. Petitioner is accorded the option of filing and serving a reply within thirty days after service of the answer.

Dated: February 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge