1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL BAZLEY,                          No.  2:15-cv-02673-TLN-AC

12                    Petitioner,

13         v.                                  **ORDER**

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND REHABILATION,
15
                      Respondent.
16

17

18         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

20    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On July 15, 2020, the magistrate judge filed findings and recommendations herein which

22    were served on all parties and which contained notice to all parties that any objections to the

23    findings and recommendations were to be filed within twenty-one days.  (ECF No. 29.)  Neither

24    party has filed objections to the findings and recommendations.

25         The Court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27    ORDERED that:

28    ///

                                                1

1    1.  The findings and recommendations filed July 15, 2020 (ECF No. 29), are ADOPTED

2  IN FULL;

3    2.  The petition for writ of habeas corpus is DENIED; and

4    3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

5  2253.

6    4.  The Clerk of the Court is directed to close this case.

7    IT IS SO ORDERED.

8  DATED:  August 25, 2020

9

10

11  Troy L. Nunley
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2